

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00312-CV

Marcel **MARTINEZ,**
Appellant

v.

Jesse **TORRES,** Gold Standard Plumbing, LLC and Edy Jonathan Pech-Guamuch,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
The Honorable Aaron Haas, Judge Presiding

## O R D E R

The reporter's record was due June 14, 2019, but has not been filed. On June 18, 2019, the court reporter filed a notification of late record, requesting until August 19, 2019, to file the reporter's record. After consideration, we **GRANT IN PART** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before July 15, 2019**. *See* TEX. R. APP. P. 35.3(c) (providing that each extension to the deadline to file a record may not exceed thirty days in ordinary or restricted appeals and ten days in accelerated appeals).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court